# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND THOMAS KOCH,<br><br>       Plaintiff,<br><br>    vs.<br><br>PAM AHLIN, et al.,<br><br>       Defendants. | 1:18-cv-00546-LJO-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 12.) |

      Roland Koch ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 19, 2018. (ECF No. 1.)

      On August 27, 2018, the court entered findings and recommendations to dismiss this case for Plaintiff's failure to prosecute, based on the return of Plaintiff's mail to the court from Plaintiff's address of record as undeliverable between June 11, 2018 and June 18, 2018. (ECF No. 12.) On September 18, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No. 13.) Therein, Plaintiff explains that in June 2018, he was transferred from Coalinga State Hospital to Sacramento County Main Jail for a court appearance on August 15, 2018, and during that time he did not have this court's address, stamps, paper, or envelopes to write to the court. Plaintiff is now returned to Coalinga State Hospital and can litigate his case.

The court finds good cause to vacate the findings and recommendations entered on August 27, 2018.

Therefore, in light of the foregoing, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on August 27, 2018, are VACATED; and

2. Plaintiff's Complaint shall be screened by the court in due course.

IT IS SO ORDERED.

Dated: **September 10, 2018**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE